IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE WYATT, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:15-CV-3281-D |
| | § | |
| VALERO SERVICE STATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the magistrate judge, and the objections and other pleadings filed by the plaintiff, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and plaintiff's November 13, 2015 motion to amend is denied.

**SO ORDERED**.

December 29, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE